STEPHEN B. HEATON, Respondent, *v.* VILLAGE OF CHESTER, Appellant.

*Heaton* v. *Village of Chester*, 137 App. Div. 892, modified.
(Argued May 19, 1911; decided June 13, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 11, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from interfering with the use by plaintiff of Walton lake, a source of its water supply.

*A. H. F. Seeger* for appellant.

*R. M. Cox* and *Abram F. Servin* for respondent.

Judgment modified in accordance with opinion in *George* v. *Village of Chester* (202 N. Y. 398), and as so modified affirmed, without costs.

Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.